

FILED
FEB 2 5 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>AUNDRE DUPRE DUMAS )<br>    also known as "DEMON" )<br>    also known as "DOC" )<br>MARQUEL DESHUN ALEXANDER )<br>    also known as "RIP C" )<br>ZACZERY ALEXANDER TONEY )<br>    also known as "Z" )<br>    also known as "Z CUZ" )<br>RICKEY CHAPMAN, JR. )<br>    also known as "NIKE" )<br>GARY ALLEN SHROPSHIRE )<br>    also known as "FUTURE" )<br>CRYSTAL ENGDAHL )<br>    also known as "WHITE CRYSTAL" ) | **FILED UNDER SEAL**<br><br>No. 1:25-cr- 31<br><br>Judge Collier<br><br>Magistrate Judge Dumitru |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that from in or about April of 2021 to in or about November of 2023, in the Eastern District of Tennessee and elsewhere, the defendants,

**AUNDRE DUPRE DUMAS,**
also known as "DEMON,"
also known as "DOC,"
**MARQUEL DESHUN ALEXANDER,**
also known as "RIP C,"
**ZACZERY ALEXANDER TONEY,**
also known as "Z,"
also known as "Z CUZ,"
**RICKEY CHAPMAN, JR.,**
also known as "NIKE,"
**GARY ALLEN SHROPSHIRE,**
also known as "FUTURE,"
**CRYSTAL ENGDAHL,**
also known as "WHITE CRYSTAL,"

and others known and unknown to the Grand Jury, did combine, conspire, confederate and agree to knowingly, intentionally, and without authority distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl") and 50 grams or more of methamphetamine, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

The Grand Jury further charges that before the defendant, **MARQUEL DESHUN ALEXANDER, also known as "RIP C,"** committed this offense, the defendant had a final conviction for a serious violent felony for which he served a term of imprisonment of more than 12 months.

The Grand Jury further charges that before the defendant, **GARY ALLEN SHROPSHIRE, also known as "FUTURE,"** committed this offense, the defendant had a final conviction for a serious violent felony for which he served a term of imprisonment of more than 12 months.

## COUNT TWO

The Grand Jury further charges that on or about June 21, 2022, in the Eastern District of Tennessee, the defendant, **AUNDRE DUPRE DUMAS, also known as "DEMON," also known as "DOC,"** knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was shipped and transported in and affected interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

The Grand Jury further charges that on or about October 7, 2022, in the Eastern District of Tennessee, the defendant, **MARQUEL DESHUN ALEXANDER, also known as "RIP C,"** did

knowingly, intentionally, and without authority possess with the intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

## COUNT FOUR

The Grand Jury further charges that on or about October 7, 2022, in the Eastern District of Tennessee, the defendant, **MARQUEL DESHUN ALEXANDER, also known as "RIP C,"** knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was shipped and transported in and affected interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE

The Grand Jury further charges that on or about November 14, 2022, in the Eastern District of Tennessee, the defendant, **RICKEY CHAPMAN, JR., also known as "NIKE,"** did knowingly, intentionally, and without authority possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

## COUNT SIX

The Grand Jury further charges that on or about November 14, 2022, in the Eastern District of Tennessee, the defendant, **RICKEY CHAPMAN, JR., also known as "NIKE,"** did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession of 40 grams or more of a mixture and substance

containing a detectable amount of fentanyl with the intent to distribute, as charged in Count Five of this Indictment and incorporated fully herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SEVEN

The Grand Jury further charges that on or about March 15, 2023, in the Eastern District of Tennessee, the defendant, **GARY ALLEN SHROPSHIRE, also known as "FUTURE,"** did knowingly, intentionally, and without authority distribute 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

The Grand Jury further charges that before the defendant, **GARY ALLEN SHROPSHIRE, also known as "FUTURE,"** committed this offense, the defendant had a final conviction for a serious violent felony for which he served a term of imprisonment of more than 12 months.

## COUNT EIGHT

The Grand Jury further charges that on or about November 9, 2023, in the Eastern District of Tennessee, the defendant, **GARY ALLEN SHROPSHIRE, also known as "FUTURE,"** did knowingly, intentionally, and without authority possess with the intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

# COUNT NINE

The Grand Jury further charges that from in or about April of 2022 to in or about September of 2023, in the Eastern District of Tennessee and elsewhere, the defendants,

**ZACZERY ALEXANDER TONEY,**
also known as "Z,"
also known as "Z CUZ,"
**CRYSTAL ENGDAHL,**
also known as "WHITE CRYSTAL,"

and others known and unknown to the Grand Jury, did knowingly combine, conspire, confederate, and agree to commit certain offenses under Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce, which involved the proceeds of a specified unlawful activity, that is, conspiracy to distribute fentanyl, with the intent to promote the carrying on such specified unlawful activity, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(A)(i).

## *Forfeiture Allegations*

1. The allegations contained in Counts One through Eight of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and/or 846, as set forth in Counts One, Three, Five, Seven, and Eight of this Indictment, the defendants,

AUNDRE DUPRE DUMAS,
also known as "DEMON,"
also known as "DOC,"
MARQUEL DESHUN ALEXANDER,
also known as "RIP C,"
ZACZERY ALEXANDER TONEY,
also known as "Z,"
also known as "Z CUZ,"
RICKEY CHAPMAN, JR.,
also known as "NIKE,"
GARY ALLEN SHROPSHIRE,
also known as "FUTURE,"
CRYSTAL ENGDAHL,
also known as "WHITE CRYSTAL,"

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense including, but not limited to, the following:

- Glock, Model 19, 9-millimeter semi-automatic pistol and ammunition seized on October 7, 2022;

- Kel-tec, Model Cobra, 9-millimter semi-automatic pistol and ammunition seized on November 14, 2022;

- Ruger, Model LCP, .380 caliber semi-automatic pistol and ammunition, seized on November 9, 2023;

- Palmetto State Armory, 5/7 Rock, 5.7x28, semi-automatic pistol and ammunition, seized on November 9, 2023;

- Springfield, Model XD-9, 9-millimeter semi-automatic pistol and ammunition seized on November 9, 2023;

- **Money Judgment:** A personal money judgment against the defendants, and in favor of the United States, which represents proceeds each defendant personally obtained as a result of an offense in violation of Title 21, United States Code, Sections 841 and/or 846.

3. Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction of the offense in violation of Title 18, United States Code,

Page 6 of 8

Case 1:25-cr-00031-CLC-MJD   Document 3   Filed 02/25/25   Page 6 of 8   PageID #: 9

Sections 922(g) and/or 924(c), as set forth in Counts Two, Four, and Six of this Indictment, the defendants,

**MARQUEL DESHUN ALEXANDER,**
**also known as "RIP C," and**
**RICKEY CHAPMAN, JR.,**
**also known as "NIKE,"**

shall forfeit to the United States any firearms and ammunition involved in the commission of the offense including, but not limited to the following:

- Glock, Model 19, 9-millimeter semi-automatic pistol and ammunition seized on October 7, 2022;

- Kel-tec, Cobra, 9-millimter semi-automatic pistol and ammunition seized on November 14, 2022;

4. Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction for a violation of Title 18, United States Code, Section 1956, as set forth in Count Nine of this Indictment, the defendants,

**ZACZERY ALEXANDER TONEY,**
**also known as "Z,"**
**also known as "Z CUZ," and**
**CRYSTAL ENGDAHL,**
**also known as "WHITE CRYSTAL,"**

shall forfeit to the United States, any property, real or personal, involved in such offenses, and any property traceable to such property.

5. If any of the properties described above, because of any act or omission of the defendants: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute

property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).



FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: _____
Kevin T. Brown
Assistant United States Attorney