UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-31 |
| | ) | |
| v. | ) | Judge Curtis L. Collier |
| | ) | |
| MARQUEL DESHUN ALEXANDER | ) | Magistrate Judge Mike Dumitru |

**O R D E R**

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count Three and Count Four of the Indictment; (2) accept Defendant's guilty plea as to Count Three and Count Four; (3) adjudicate the Defendant guilty of Count Three and Count Four; (4) defer a decision on whether to accept the plea agreement (Doc. 113) until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter. (Doc. 138.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 138) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count Three and Count Four of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Three and Count Four is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Three and Count Four;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **June 3, 2026, at 2:00 p.m.** before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**